An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

NAKIA WOODSON, D/B/A VIP BAIL BONDS,

Appellant,

vs.

INTERNATIONAL FIDELITY INSURANCE COMPANY, A NEW JERSEY CORPORATION; AND ALLEGHENY CASUALTY COMPANY, A PENNSYLVANIA CORPORATION,

Respondents.

No. 68990

FILED

NOV 0 5 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order authorizing the examination of a judgment debtor and requiring the production of documents. Eighth Judicial District Court, Clark County; Stefany Miley, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, it appears that the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). No statute or court rule provides for an appeal from either an order authorizing the examination of a judgment debtor or an order

SUPREME COURT
OF
NEVADA

(O) 1947A

15-33805

requiring the production of documents. Accordingly, we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:  Hon. Stefany Miley, District Judge
     Nakia Woodson
     Armstrong Teasdale, LLP/Las Vegas
     Eighth District Court Clerk